# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| TYRONE A. JONES | Case Number: 8:04-cr-565-T-26MAP<br>USM Number: 42910-018 |

                              Adam Tanenbaum, AFPD
               Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __2, 4-7__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2. | Battery (Domestic violence) | August 13, 2009 |
| 4. | Association with a person convicted of a felony | August 13, 2009 |
| 5. | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer | August 17, 2009 |
| 6. | Failure to follow the instructions of the probation officer | July 9, 2009 |
| 7. | Failure to follow the instructions of the probation officer | August 19, 2009 |

     The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                       September 17, 2009
                                       Date of Imposition of Judgment

                                       RICHARD A. LAZZARA
                                       UNITED STATES DISTRICT JUDGE

                                       Dated: September __17__, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY FOUR (24) MONTHS.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

 \_\_\_ at _____ a.m.   p.m.   on _____.

\_\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

 \_\_\_ before 2 p.m. on _____.

 \_\_\_ as notified by the United States Marshal.

 \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


               UNITED STATES MARSHAL

       By
               DEPUTY UNITED STATES MARSHAL